UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:

LUI J. KIM,

      Debtor.

--------------------------------------------------------X

Chapter 7

Case No. 11-15842 (MG)


# REAL ESTATE BROKER'S REPORT
# FOR THE SALE OF REAL PROPERTY KNOWN AS
# 52-09 SKILLMAN AVENUE, WOODSIDE, NEW YORK


**Chapter 7 Trustee**
Robert L. Geltzer
Law Office of Robert L. Geltzer
1556 Third Avenue
New York, NY 10128

# <u>INDEX</u>

Report of Sale

Affidavit of Bankruptcy Rule 2016 and Certification

Exhibit A
MYC & Associates, Inc. Retention Order

Exhibit B
Advertisements

Exhibit C
Sale Order

# REPORT OF SALE

MYC & ASSOCIATES, INC.
1110 South Avenue, Suite 61
Staten Island, New York 100314
Tel. (347) 273-1258
www.myccorp.com
Victor M. Moneypenny
Marc P. Yaverbaum
John D. Cronin

*Real Estate Broker to Robert L. Geltzer, the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

                                                Chapter 7

LUI J. KIM,

                                                Case No. 11-15842 (MG)

       Debtor.

---------------------------------------------------------X

## REAL ESTATE BROKER'S REPORT FOR THE SALE OF REAL PROPERTY KNOWN AS 52-09 SKILLMAN AVENUE, WOODSIDE, NEW YORK

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

      1.      MYC & ASSOCIATES, INC., herein referred to as "MYC" or the "Broker", was retained pursuant to 11 U.S.C. 327(a) as of May 10, 2012, as a real estate broker to Robert L. Geltzer (the "Trustee"), the Court appointed Chapter 7 trustee of the estate of Lui J. Kim (the "Debtor"). Annexed to this report as EXHIBIT A is a copy of the order authorizing the retention of MYC as the real estate broker to the Trustee. [Docket No. 43]

## BACKGROUND

2.      On December 22, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3.      The Debtor was the owner of real property located at 52-09 Skillman Avenue, Woodside, NY (the "Property"), a six (6) unit, walk-up, residential apartment building.

4.      On February 9, 2012, the Office of the United States Trustee ("UST") filed a motion (the "Conversion Motion") [Doc. 20] pursuant to section 1112(b) to convert the Debtor's chapter 11 case to a case under chapter 7 because, inter alia, "The Debtor's bankruptcy schedules were inaccurate. The Debtor had not accounted for the use of his income. The Debtor had not filed operating reports, provided proof of adequate insurance coverage, or paid United States Trustee quarterly fees" and "upon information and belief, the Debtor had used cash collateral without authorization."

5.      On March 14, 2012, this Court entered an order granting the Conversion Motion.

6.      On or about March 15, 2012, the Trustee was appointed as interim trustee of the Debtor, thereafter became permanent trustee pursuant to Section 702(d) of the Bankruptcy Code and by operation of law, and continues to serve as such trustee.

MARKETING

7.      As the Court appointed Real Estate Broker, MYC's primary responsibility was to market and sell the assets of the Debtor, specifically the Property.

8.      MYC has taken the following steps to market the Property:

a.      posted an advertisement on MYC's website, www.myccorp.com;

b.      sent an e-mail blast to MYC database subscribers (MYC has over 640 subscribers, including principals, brokers and other professionals who, in addition to being potential purchasers of Properties, have their own networks of potential purchasers);

c.      caused a print advertisement to appear in the New York Times on Sunday, August 19, 2012;

d.      placed web postings on www.loopnet.com, www.zillow.com, www.propertyshark.com, www.newyorktimes.com and www.trulia.com;

e.      showed the Property by appointment only;

f.      held three (3) open houses;

g.      directly contacted local real estate brokers advising them of the availability of the Properties;

h.      distributing property detail flyers; and

    i.    placed a "For Sale" sign on the facade of the Property to attract both vehicle and pedestrian traffic.

Copies of the aforementioned advertisements can be found in <u>EXHIBIT B</u> of this report.

9.    MYC's marketing efforts resulted in:

    a.    approximately 55 inquiries regarding the Properties;

    b.    approximately 11 potential purchasers coming to view the Property; and

    c.    receiving multiple offers to purchase the Property.

<u>CONTRACT AND SALE</u>

10.    On or about June 28, 2012, the Trustee entered into a sale agreement with J&R New York Realty, Inc. (the "Purchaser") to purchase the Property for $740,000.00 (the "Sale"), which is subject to higher and better offers in accordance with the sale procedures.

11.    On August 27, 2012 @ 10:00 a.m. in the Courtroom of your honor, a public auction was held in which higher or better offers were entertained. Six (6) bidders were deemed qualified to bid and registered to bid on the Property. After spirited bidding, a high offer of $940,000.00 submitted by Noor Ahmed Yaqub (the "Purchaser") was accepted by the Trustee as the highest and best

offer.    Attached to this report as <u>EXHIBIT C</u>, is a copy of the Sale Order

approving the sale of the Property to the Purchaser. [Docket No. 79]


9.      I believe that the best results were achieved for the sale of the

Property.


10.      I verify to the best of my knowledge that the foregoing is true and

correct.

MYC & ASSOCIATES, INC.


By:  */s/ Marc P. Yaverbaum*

Marc P. Yaverbaum
MYC & Associates, Inc.
1110 South Avenue, Suite 61
Staten Island, New York 10314
e-mail:  my@myccorp.com


DATED:  September 17, 2012
Staten Island, New York

AFFIDAVIT OF RULE 2016 AND CERTIFICATION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

               Chapter 7

LUI J. KIM,

               Case No. 11-15842 (MG)

   Debtor.

---------------------------------------------------------X

<u>AFFIDAVIT OF MARC P. YAVERBAUM</u>
<u>PURSUANT TO BANKRUPTCY RULE 2016 AND CERTIFICATION</u>

State of New York    )
           ) ss.:
County of Richmond   )

   Marc P. Yaverbaum, being duly sworn, deposes and says:

   1.  I am a member of the firm of MYC & ASSOCIATES, INC., the

applicant herein, which maintains its corporate offices at 1110 South Avenue,

Suite 61, Staten Island, New York 10314.

   2.  Applicant has acted and rendered professional services in the

above captioned Chapter 7 proceeding.

   3.  No agreement or understanding exists between the applicant and

any person for a division of compensation to be received for services rendered

in, or in connection with this Chapter 7 case, nor will the applicant share or agree

to share the compensation paid, or allowed, from the Debtor's estate for such

services with any other person.

MYC & ASSOCIATES, INC.

By: */s/ Marc P. Yaverbaum*
_____
Marc P. Yaverbaum
MYC & Associates, Inc.
1110 South Avenue, Suite 61
Staten Island, New York 10314
e-mail:  my@myccorp.com

Sworn to me before this
17th Day of September 2012

*/s/ Patricia C. Lopez*
Patricia C. Lopez
*NOTARY PUBLIC,* State of New York
*No. 01LO4931396*
Qualified in Richmond County
Commission Expires June 20, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
In Re:                                                    **Chapter 7**

        **LUI J. KIM,**                                    **Case No. 11-15842 (MG)**

                Debtor.
-------------------------------------------------------------

## ORDER AUTHORIZING THE RETENTION OF
## REAL ESTATE BROKER FOR TRUSTEE

UPON reading the application of ROBERT L. GELTZER, ESQ., Trustee

(the "Trustee") for Lui J. Kim (the "Debtor"), dated March 20, 2012, and the affidavit of

Marc P. Yaverbaum, sworn to the 19th day of March, 2012, seeking the entry of an

order pursuant to 11 U.S.C. § 327(a) and Bankruptcy Rule 2014, authorizing the

retention of MYC & Associates, Inc. ("broker") as broker, to market and sell the real

property of the Debtor, and after due deliberation it being determined that the relief

requested is essential to the administration of this estate, and this Court being satisfied

that the broker holds and represents no interest adverse to the Trustee, the Debtor, or

its estate, and that broker is, and has been, a disinterested person, as defined by 11

U.S.C. § 101(14), in the matters upon which he is to be, and has been, engaged, and

that his employment is necessary and would be in the best interests of the estate, and

no notice hereof being required and sufficient cause having been shown therefor, it is

ORDERED that the Trustee be, and he hereby is, authorized to retain

MYC & Associates, Inc. ("MYC"), a disinterested party, as broker, pursuant to 11 U.S.C.

§ 327(a) and Rule 2014, to market the premises located at 52-09 Skillman Avenue,

Flushing, New York, and 1 East Mill Drive, Great Neck, New York, together with any

other properties of the Debtor and/or of affiliates of the Debtor that may be or may

become properties of the estate, for a fee to be fixed by this Court, not to exceed 6% of

the sale(s) price(s), upon the filing of a proper application therefor to the Court, as

provided by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any

local rules of this District.


NO OBJECTION:


/s/Richard C. Morrissey_____
FOR THE UNITED STATES TRUSTEE


Dated: May 10, 2012
        New York, New York


                                        _____/s/Martin Glenn_____
                                            MARTIN GLENN
                                        United States Bankruptcy Judge

EXHIBIT B

**Victor Moneypenny**

| | |
|---|---|
| **From:** | MYC & Associates, Inc. <info@myccorp.com> |
| **Sent:** | Wednesday, August 22, 2012 7:48 PM |
| **To:** | Victor Moneypenny |
| **Subject:** | Bankruptcy Auction Sale This Monday / Six Family Residence / Woodside, Queens |



# MYC & ASSOCIATES INC
AUCTIONEERS • LIQUIDATORS • APPRAISERS

## Case Details

United States Bankruptcy Court
Southern District of New York
In Re: Lui J. Kim
Case No.: 11-15842 (MG)
Robert L. Geltzer, Chapter 7 Trustee

### For more information contact:

Marc P. Yaverbaum
Tel: (347) 273-1258
E-mail: my@myccorp.com
Web: www.myccorp.com

## Documents

- Sale Order
- Notice of Auction and Sale Hearing
- Contract of Sale
- Sale Motion, Bidding Requirements & Sale Procedures
- Sale Order, Notice of Sale and Sale / Bid Procedures
- DHCR Report

## Sale Details

### Property for Sale:

SIX FAMILY RESIDENCE
52-09 Skillman Avenue
Woodside, N.Y. 11377
All Apartments 3 bed / 1 bath
Current Rent Roll $6,855
Excluding One (1) Vacancy
Projected Rent Roll: $9,000 / mo.

### Auction Sale:

Monday, August 27, 2012 @ 1 p.m.

Court Approval of the Auction Sale:
August 27, 2012, 2:00 pm

Location of Auction Sale:
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 501
New York, NY 10004

### Minimum Bid

$755,000

### Minimum Bid Deposit Requirements:

$75,500 in the form of a bank check made
payable to Robert L. Geltzer as Chapter 7
Trustee

1

**Proof of Funds Requirement:**

To be eligible to bid on the Property, each bidder must submit proof of funds which demonstrate the bidder's ability to close title.

**Photos:**



If you do not wish to receive our mailings in the future, please click here to enter your email address for removal.

If you would like to forward this email to a friend please click here.





## MYC & ASSOCIATES INC
AUCTIONEERS • LIQUIDATORS • APPRAISERS

*Personal services with*
*Professional results*

United States Bankruptcy Court
Southern District of New York
In Re: Lui J. Kim
Case No.: 11-15842 (MG)
Robert L. Geltzer, Chapter 7 Trustee

**For more information contact:**
Marc P. Yaverbaum
Tel: (347) 273-1258
E-mail: my@myccorp.com

**Sale Order**

**Notice of Auction and Sale**

**Hearing**

**Contract of Sale**

**Sale Motion, Bidding**

**Requirements & Sale Procedures**

**DHCR Report**

**Property for Sale:**
SIX FAMILY RESIDENCE
52-09 Skillman Avenue
Woodside, N.Y. 11377
All Apartments 3 bed / 1 bath
Current Rent Roll $6,855
Excluding One (1) Vacancy
Projected Rent Roll: $9,000 / mo.

**Auction Sale:**
Monday, August 27, 2012 @ 1 p.m.

Court Approval of the Auction Sale:
August 27, 2012, 2:00 pm

Location of Auction Sale:
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 501
New York, NY 10004

**Minimum Bid**
$755,000

**Minimum Bid Deposit Requirements:**
$75,500 in the form of a bank check
made payable to Robert L. Geltzer as
Chapter 7 Trustee

**Proof of Funds Requirement:**
To be eligible to bid on the Property, each
bidder must submit proof of funds which
demonstrate the bidder's ability to close
title.

**Photos:**
Click on images to view larger.



Home    Sales    Past Sales    Services    About Us    Contacts

**MYC & Associates, Inc.** © 2012 | Site Designed by iWise Consulting

# miller

Miller Advertising Agency, Inc.  •  71 Fifth Avenue  •  New York, New York 10003  •  212-929-2200

## INVOICE

M.Y.C. & ASSOCIATES, INC. - R233
Attn: Marc P. Yaverbaum
1110 South Ave.
Staten Is, NY 10314

Client Number   168393
Invoice Number 739877 - 061
Invoice Date      08/24/12
Net 30    Page 2

Regarding
**6-FAMILY RESIDENCE**

| Media | Description | Ad Number | Insert Dates | Ad Size | Times | Amount |
|-------|-------------|-----------|--------------|---------|-------|--------|
| NEW YORK TIMES | SALE AUG 27 | N809013612 | 08/19 | 1.00 | 1 | 974.00 |
| | | | | **NEW YORK TIMES TOTAL** | | **$974.00** |

**INVOICE TOTAL  $974.00**

THE NEW YORK TIMES, SUNDAY, AUGUST 19, 2012



Don't miss live Webcasts of TimesTalks events, featuring New York Times journalists in conversation with today's top talents and thinkers.

**TimesTalks**

Livestream.com/nytimes



**nytimes.com**
Where the conversation begins.



The New York Times Store
nytstore.com



www.Hilda-Allen.com
888.324.5020

## COMMERCIAL REAL ESTATE MARKETPLACE



COMMERCIAL & INDUSTRIAL PROPERTIES

**$39.75/SF**

**$40/SF**

**$29.95/SF**

RETAIL PROPERTIES

RETAIL SPACE

PROFESSIONAL OFFICES

OFFICE SPACE

APARTMENT HOUSES

INVESTMENT PROPERTIES

COMMERCIAL MORTGAGES



# The New York Times Store

Rare and Newsworthy Items    nytstore.com

**GAME-USED DIRT COLLECTION FROM ALL 30 BASEBALL STADIUMS**

A must-have for any baseball fan! This 20" × 32" framed showpiece, designed by The Times, displays capsules of dirt from every big league stadium. With MLB-authenticated holograms. Steiner Sports Certificate of Authenticity. $279.95  NYTBASEBALL30

**YOGI BERRA & DON LARSEN SIGNED, FRAMED "HUG" PHOTO**
Iconic 8" × 10" photo from 1995 World Series. Hand signed by both players. $349.95  BERRPHX0008023

**WILLIE MAYS AUTOGRAPHED, FRAMED "CATCH" PHOTO**
Hand-signed 8" × 10" photo of legendary moment in 1954 World Series. Championship frame. With "Say Hey Kid" hologram. $324.95  MAYSPHX00006666

Order now at nytstore.com
OR CALL (888) 669-2708

The New York Times
NYTIMES.COM



| All About Me |
| --- |
| My Account |
| My Commercial Ads |
| My Reports |
| My Mailing Lists |
| My Property Lists |
| My Pictures |
| My Report Print Header |

## Commercial For Sale/For Lease Ads

*Changes and new listings will be made visible on the site within 24 hours.*

| Address | Building | Description | Last Updated | Expiration | |
| --- | --- | --- | --- | --- | --- |
| 52-09 Skillman Ave | Type: Multifamily<br>Total Sqft: 5,208 | Bankruptcy Auction Sale - this property will sell on Monday, August 27, 2012, 1pm at the U ... | 8/22/2012 | 9/21/2012<br>Active | Edit |
| 862 9th Avenue, New York, NY | Type: Multifamily<br>Total Sqft: 8,016 | BANKRUPTCY AUCTION SALE Date & Time: August 2012 United States Bankruptcy Court Southe ... | 8/16/2012 | 9/15/2012<br>Active | Edit |
| 887 Woodbine St | Type: Multifamily<br>Total Sqft: 4,973 | BANKRUPTCY AUCTION SALE, Six (6) Family Residence MYC & Associates, Inc. will sell on Tue ... | 11/14/2011 | 12/14/2011<br>Deleted | Edit |

New York, NY | HOMES ▾    Buy   Rent   Advice   Mortgage   Local Info   Find a Pro    SIGN UP   Log in   Help

Trulia Mobile

FOR SALE  RESALE  **$755,000**  5209 Skillman Avenue, Queens NY 11377

« See similar homes

Home Facts | Photo 1 | Map & Nearby | Mortgage | Comparables | Sales Trends | Schools



| | |
|---|---|
| Price: | **$755,000** |
| Est. payment: | **$3,383** /mo |
| Bedrooms: | Ask agent |
| Bathrooms: | **6** |
| Property type: | **Multi-Family Home** |
| Size: | Ask agent |
| Lot: | Ask agent |
| Price/sqft: | Ask agent |
| Year built: | Ask agent |
| MLS/ID: | — |
| Neighborhood: | Woodside, 11377 |
| Provided by: | **MYC & Associates, Inc.** |

Your Credit Score
2 days on Trulia
30 views

Listing agent: **Marc Yaverbaum**
Broker: **MYC & Associates, Inc.**

Contact agent   Follow home   Share   2012 Credit Score   Get Prequalified   More

### 6 Family Residence / Bankruptcy Sale

Description provided by Trulia

This Multi-Family Home located at 5209 Skillman Avenue, Queens NY is currently for sale and has been listed on Trulia for 2 days. This property is listed by MYC & Associates, Inc. for $755,000. 5209 Skillman Ave has 6 baths. 5209 Skillman Ave is in the Woodside neighborhood in Queens, NY.

Write a personal note about this listing

### Listing Info for 5209 Skillman Ave

List view    Table view

Most recent information provided by MYC & Associates, Inc. on 08/23/2012 10:14 PM:

- Price: $755,000
- Multi-Family Home
- Status: For Sale
- 6 Bathrooms

### Public Records for 5209 Skillman Ave

Official property, sales, and tax information from county (public) records as of 11/2010:

- Apartment house (5+ units)
- Built In 1924
- 1 Building
- 5,208 sqft
- Stories: 3 story
- County: Queens
- Lot Size: 2,717 sqft
- 6 Units

### Property Taxes for 5209 Skillman Ave

| Year | Value | Land | | Improvements | | Total | Tax |
|---|---|---|---|---|---|---|---|
| 2010 | Market | $15,500 | + | $919,500 | = | $935,000 | |
| 2010 | Assessed | $1,262 | + | $74,851 | = | $76,113 | n/a |

Source: Public Records

**This property may be overassessed. Find Out Now »**

### Rate and Review the area around 5209 Skillman Ave

### Homes you might like...    Alert

Address Not Disclosed

**$880,000**
6 br / 3 full, 1 partial ba
Multi-Family Home

3826 55th St, Queens NY

**$699,000**
3 br / 2 ba
Multi-Family Home

3941 57th St, Queens NY

**$798,000**
3 ba
Multi-Family Home

3938 58th St, Queens NY

**$929,000**
4 br / 4 ba
Multi-Family Home

4535 49th St, Queens NY
**$748,000**
3 br / 2 ba
2,500 sqft

Rate this area:     Rate it

**Rate these categories:**

| | |
|---|---|
| Safety | Rate it |
| Pet-friendly | Rate it |
| Walkability | Rate it |
| Restaurants & Shopping | Rate it |

**Rate and Review**

Overall area rating:
Good

Top rated categories:
Walkability
Public Transportation
Pet-friendly
Restaurants & Shopping

**Total ratings: 95** | View all ratings
Last updated 12 hours ago



Multi-Family Home

**View all homes near 5209 Skillman Ave**
» 18 photos

---

### Resource Center     Sponsored

A good credit score is 750 & above, what's yours?

This property may be overpaying their property taxes. Check For Free

---

## Location Information near 5209 Skillman Ave

| Schools | Estimates | Crimes | Amenities | Transit | | 95/100 |
|---|---|---|---|---|---|---|

7 schools, average rating 6.6/10.
Low     High

School data provided by OnBoard Informatics. School boundaries provided by Maponics. Please read Disclaimer.

Have A Question About Schools? Enter It Here.     Ask Our Community

Elementary Schools ▾

### SCHOOLS IN NEW YORK CITY DEPARTMENT OF EDUCATION

| | Type | GreatSchools Rating | Distance |
|---|---|---|---|
| ⚑ Ps 11 Kathryn Phelan | Public | 7 | 0.2 mi |
| Ps 150 Queens | Public | 7 | 0.6 mi |
| Ps 152 Gwendoline N Aleyne | Public | 6 | 0.8 mi |
| Ps 151 Mary D Carter | Public | | 0.8 mi |
| Ps 70 Queens | Public | 6 | 1.1 mi |

### PRIVATE SCHOOLS

| | Type | | Distance |
|---|---|---|---|
| Razi School | Private | - | 0.3 mi |
| St Sebastian School | Catholic | - | 0.3 mi |
| Little Friends School - Sunnyside | Private | - | 0.4 mi |
| Corpus Christi School | Catholic | - | 0.9 mi |
| St Joseph School | Catholic | - | 1.2 mi |

⚑ indicates schools assigned to this home. School data provided by OnBoard Informatics. Boundaries provided by Maponics.

Price **Comparison** of 5209 Skillman Ave

---

### Discussions in Woodside, Queens, NY

**1,054** followers

Ask a question...

**Ask Question**

**Recent Activity**

Does anyone know about Boulevard Gardens in Woodside, NY? I am interested in a 1 beadrroom apt there, but little consider due to projects proximity. 6 answers

what does it mean when the ad says: 2 bedrooms ( 4 junior) is it a real two-BRs, or a one bedroom with a possibility to convert a dining into a BR? 10 answers

How is in average monthly insurance for 1 bed, 1 bath room condo in woodside, queens, NY? 4 answers

Has anyone ever lived in a basement apartment at Boulevard Gardens? What are the cons of living there? Mold/mildew problems? Too hot/cold? 1 answer

Is it a good investment to buy a brand new condo on busy queens blvd in woodside,NY? 5 answers

In average,how much are condominiums on queens blvd in woodside, NY? 5 answers

How long, on average, should it take to sell 1 bedroom co-op at Boulevard Gardens in Woodside, Queens? 10 answers

View recent questions     More local advice



| This Home | VS | Sold Price ▾ | Woodside | Zip 11377 | Queens |
|-----------|-----|------------|----------|-----------|--------|
| **$755,000** | | | **$485,000** | **$494,500** | **$499,555** |






$1.5M

$1.2M

$900K

$600K

$300K

$0

2003   2004   2005   2006   2007   2008   2009   2010   2011   2012

* Median sales price for all homes in the area

### Nearby homes

5221 Skillman Ave Queens, NY
5205 Skillman Ave Queens, NY
5209 Skillman Ave Queens, NY
5331 Skillman Ave Queens, NY
5311 Skillman Ave Queens, NY

Show more

### You might also be interested in...

Have A Question About Prices? Enter It Here.

Ask Our Community

## Real Estate Trends in Woodside

| | | |
|---|---|---|
| Sale price for 5209 Skillman Ave | $755,000 | |
| Average listing price for similar homes | $747,657 | 1% below sale price |
| Median sale price for similar homes | $676,611 | 10% below sale price |
| Average listing price for all homes in Woodside | $348,073 | 54% below sale price |
| Median sale price for all homes in Woodside | $494,500 | 35% below sale price |

View more Sales Trends for Woodside »

## Contact Info for 5209 Skillman Ave



Agent:  **Marc Yaverbaum**
(347) 273-1258

Broker:  **MYC & Associates, Inc.**

Listing website

## Inquire about this property

Name

Email

Phone

Message

I was searching on Trulia and found this listing. Please send me
more information about 5209 Skillman Ave, Queens NY 11377.
Thank you.

**Contact the agent**

By sending, you agree to Trulia's Terms of Use and Privacy Policy.

Similar Homes     New Listings     Price Reductions

View all »







**17422 128th Ave**
$545,000
6 br 3 ba
Multi-Family Home

**Address Not Disclo...**
$599,000
Multi-Family Home

**3319 14th St**
$899,000
$18,000 on 07/05/12
5 br 2 full, 1 partial ba
Multi-Family Home

**11601 Farmers Blvd**
$579,000
6 br 3 full, 1 partial ba
Multi-Family Home

**13704 132nd Ave**
$589,000
6 br 4 ba
Multi-Family Home

## Communities near 5209 Skillman Ave, Queens

**Queens Real Estate**
Woodside Real Estate
Woodside Multi-Family Homes
Queens Real Estate
Queens Foreclosures
Queens Multi-Family Homes
11377 Real Estate
11377 Multi-Family Homes
Woodside Apartments for Rent
11377 Apartments for Rent
Queens Apartments for Rent

**Nearby Cities Homes for Sale**
Bellerose Homes for Sale
Douglaston Homes for Sale
Manhasset Hills Homes for Sale
Garden City Park Homes for Sale
North New Hyde Park Homes for Sale
Lakeville Estates Homes for Sale
**See All Nearby Cities**

**Real Estate and Mortgage Guides**
Woodside Real Estate Guide
Woodside Schools
Queens Real Estate Guide
Queens Schools
Queens Home Prices Heat Map
New York Home Prices Heat Map
Queens Mortgage
Queens Refinance
Queens Home Loan

**Compare 5209 Skillman Ave With...**
Similar homes to 5209 Skillman Ave
Recently sold Queens homes
Recently sold 11377 homes
Compare to 5209 Skillman Ave
Queens Home Prices

### Residential Real Estate

San Francisco real estate | New York real estate | Los Angeles real estate | Orlando real estate | Miami real estate | Philadelphia real estate | Phoenix real estate | San Diego real estate |
San Jose real estate | Chicago real estate | Arizona real estate | California real estate | Florida real estate | Illinois real estate | Massachusetts real estate | New Jersey real estate |
Pennsylvania real estate | Texas real estate | Other local real estate | California apartments | New York apartments | Texas apartments | Apartments for rent | Home price maps |
Real estate community | U.S. Property records

**Explore Trulia**    Homes for Sale | Homes for Rent | Stats & Trends | Real Estate Advice | Real Estate Apps | Trulia Labs | Trulia API | Trulia Estimates
**For Professionals**  Agents | Brokers | MLS | Advertisers & Partners | Tools & Widgets | Submit Your Listings | Real Estate Leads | Agent Site Map
**Corporate**    About Trulia | News Room | Trulia Blog | Careers | Privacy | Terms of Use | Subscription Terms of Use | Community Guidelines

This Multi-Family Home located at 5209 Skillman Ave, Queens NY, 11377 is currently for sale and has been listed on Trulia for 2 days. This property is listed by MYC & Associates, Inc. for $755,000.
5209 Skillman Ave has 6 baths. 5209 Skillman Ave is in the Woodside neighborhood in Queens and in ZIP Code 11377. The list price of $755,000 is 117% higher than the average list price of
$348,073 for Woodside real estate, 113% higher than the average list price of $354,079 for 11377 real estate, and 98% higher than the average list price of $381,484 for Queens, NY real estate. The
price for this property is 80% higher than the average sales price of $419,962 for Woodside, 61% higher than the average sales price of $468,035 for 11377, and 51% higher than the average sales
price of $499,555 for Queens.

Copyright © 2012 Trulia, Inc. All rights reserved.  |  🏠 Fair Housing and Equal Opportunity

Have a question? Visit our Help Center to find the answer

Homes / New York    New York    Queens    Woodside real estate

# Zillow.com

Views: 36

Home shopping just got better! Map your friends and get their advice on neighborhoods. Map my friends

## 52-09 Skillman Avenue

Map    Bird's Eye    Street View

**For Sale:** **$755,000**
Est. Mortgage: $2,681/mo ▾

See current rates on Zillow
Get your Credit Score Instantly NOW!

| | |
|---|---|
| Beds: | 18 |
| Baths: | 6 |
| Sqft: | -- |
| Lot: | -- |
| Type: | Multi Family |
| Year built: | -- |
| Parking: | -- |
| Cooling: | -- |
| Heating: | -- |
| Fireplace: | No |
| On Zillow: | 4 days |

More facts

This is a 18 bedroom, 6.0 bathroom, multi family home. It is located at 52-09 Skillman Avenue Woodside, New York. The nearest schools are PS 11 Kathyrn Phelan School, IS 125 Woodside School and William Bryant High School.

View larger map

Save ▾    Email ▾    Edit ▾    Share    Send to phone    Print

## Zestimates

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| **Zestimate** | None | -- | -- | -- | -- |

**Zestimate** Listing price Rent Zestimate more

1 year 5 years **10 years**

Moving essentials? Start with Your Credit Score for $0



| Select a Property Type | Enter a location | Search |
| --- | --- | --- |

Create email campaigns FREE.

Back to My Listings

Result 1 of 4   Next Result

### Quick Edit

Edit Listing          Edit Attachments/Links          Edit Main Photo          Edit Contacts

Edit Listing Status          Map Property          View Listing Activity Report

Multifamily Property For Sale

# Skillman

52-09 Skillman Avenue, Woodside, NY 11377



**This Property Will Be Auctioned:**
8/27/2012 1:00 PM PST
Room 501, One Bowling Green, New York, NY 10004

3d 0h 41m remaining until auction starts.

| | |
| --- | --- |
| Price: | **$755,000** |
| No. Units: | 6 |
| Building Size: | 5,208 SF |
| Price/Unit: | $125,833.33 |
| Property Type: | Multifamily |
| Property Sub-type: | Garden/Low-Rise |
| Property Use Type: | Investment |
| Distressed: | Yes |
| Occupancy: | 83% |

**Find Out More...**

Last Updated 3 days ago
Listing ID  17800478

Presented by

**M.Y.C & Associates, Inc.**

**Request additional information**

Marc Yaverbaum
**(347) 273-1258**

Send a message:

Please send me additional information about this property. You can reach me at (347) 273-1258.

Contact Listing Broker

Watch This Property ▾

Share this listing

Send to Friend

Link to This Listing▾

Embed This on Your Web Site

Share This Listing on Craigslist

Widgets, Badges and Tools

Share on social networks

| Recommend | 0 |
| --- | --- |
| Tweet | 0 |
| Share | |

Additional options

Print Listing

View Map

Demographics

Research Price

Get Financing

Is this listing inaccurate?

Report Listing Error

### Description

Bankruptcy Auction Sale - Six (6) Family Residence; All units contain three (3) bedrooms and one (1) bath; five (5) units are currently occupied.

Woodside, Queens. Two (2) blocks from train.

**Map** of 52-09 Skillman Avenue, Woodside, NY 11377 (Queens County)          Hide Map

**The New York Times**

Search All NYTimes.com [Go]

# Real Estate

Friday, August 24, 2012

Advanced Search · My Real Estate »

## Bankruptcy Auction Sale
Woodside, Queens, NY 11377
Also located in or around Sunnyside

**Web ID: NS12082122267**
Posted: 2 days ago NEW!

Marc Yaverbaum
347-273-1258

SAVE    E-MAIL A FRIEND    PRINT    SEND TO MOBILE

The New York Times
WEB LISTING

$755,000 USD
(Change Currency)

18 Bedrooms
6 Full Bathrooms
5,208 Sq. Ft.
$144.97 per Sq. Ft.
Multi Family House

Agents – Increase leads for this listing »
Agents – Track performance for this listing »

MORTGAGE CALCULATOR

Points of Interest:

| Schools | Post Offices | Libraries |
| Parking | Restaurants | Movie Theaters |

**Cross Street**
52nd Street

**Price History**
8/21/2012    $755,000

Street View | Map | Satellite | Terrain

Google

Add Private Photos

Click here to add a Private Note

More Information
View full listing on broker's website

Six (6) Family Walk-up Residence known as 52-09 Skillman Ave, Woodside, NY, will sell on Monday, August 27, 2012 @ 1 pm, Courtroom 501, One Bowling Green, New York, NY 10004. Please visit website of auctioneer, www.myccorp.com, for additional sale details and bid requirements.

Get directions to Bankruptcy Auction Sale:

Starting Address [By Car ▼] Go

Visit our Website

## Sales Activity at this Address
Includes relevant nearby sold properties, based on closed transactions for which data has been made available

Show: [Only This Address ▼]

| Sold Date | Address | Property Details | Property Type | Sale Price |
|---|---|---|---|---|
| October 28, 2004 | Unit not available | No data avail. | Multi Family House | $780,000 |

Search All NYC Sales Activity

Source: NYC Department of Finance

### Nearby Neighborhoods for Woodside, Queens, NY

Jackson Heights, Queens, NY
1.01 miles away

Sunnyside, Queens, NY
1.24 miles away

Elmhurst, Queens, NY
1.44 miles away

Maspeth, Queens, NY
1.52 miles away

Astoria, Queens, NY
1.54 miles away

Long Island City, Queens, NY
1.67 miles away

## Current Market Snapshot: Queens Sales Listings
View recent price trends and inventory by neighborhood

EXPORT TO PDF    E-MAIL THIS DATA    EMBED    SET ALERT

What's This?

| Month/Year | NYC Borough | Neighborhood | Bedrooms |
|---|---|---|---|
| July 2012 ▼ | Queens ▼ | Woodside ▼ | Any ▼ | Go |

| Beds | Total Inventory | Avg. Days on Market | Median Price | # of Reductions / Avg. Reduction | # of Increases / Avg. Increase |
|---|---|---|---|---|---|
| 1 | 13 | 127 | $198,000 | 1 / $10,000 | 0 / 0 |
| 2 | 8 | 108 | $413,000 | 1 / $20,000 | 0 / 0 |
| 3 | 1 | 32 | $599,000 | 0 / 0 | 0 / 0 |
| 4 | 5 | 365 | $759,000 | 0 / 0 | 0 / 0 |
| 5 | 1 | 353 | $799,000 | 0 / 0 | 0 / 0 |

### Mortgage Calculator
Find out how much you will pay each month.
Calculate Mortgage »

### Tools for Readers
For customer service or to report a problem, please contact:

**Support**
(866) 698-3485 | (888) 594-7173
onlinero@nytimes.com

Help / FAQs »

### Tools for Advertisers

EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re:                                                            :        **Chapter 7**
                                                                  :
**LUI J. KIM,**                                                   :        **Case No. 11-15842 (MG)**
                                             **Debtor.**          :
                                                                  :
                                                                  :
                                                                  :
                                                                  :
------------------------------------------------------------------x

## ORDER AUTHORIZING AND APPROVING SALE BY ROBERT L. GELTZER, CHAPTER 7 TRUSTEE, OF INTEREST OF DEBTOR'S ESTATE IN CERTAIN REAL PROPERTY LOCATED AT 52-09 SKILLMAN AVENUE, WOODSIDE, NEW YORK TO NOOR AHMED YAQUB, FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, SUCH LIENS, CLAIMS AND ENCUMBRANCES TO ATTACH TO THE NET PROCEEDS OF SUCH SALE, IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SALE AGREEMENT WITH THE PURCHASER

### (Sale Order)

Upon consideration of the motion of Robert L. Geltzer (the "Trustee"), Chapter 7 trustee

of the debtor Lui J. Kim (the "Debtor"), dated August 27, 2012 (the "Motion") for, among other

things, entry of an order authorizing and approving and the Sale[1] of the Property located at 52-09

Skillman Avenue, Woodside, New York, free and clear of liens, claims and encumbrances, with

such liens, claims and encumbrances, if any, to attach to the net proceeds in accordance with the

terms and conditions of the Sale Agreement and this Order, finding that due notice of the Sale

Motion has been given to all known creditors and parties in interest in the Debtor's case and to

all known parties interested in acquiring the Skillman Avenue Property, that an Auction has been

---

[1]        Capitalized terms, unless otherwise defined herein, shall have the same respective meanings ascribed to
           such terms as in the Motion.

regularly conducted on August 27, 2012, and that the Trustee has determined that Noor Ahmed

Yaqub (the "Purchaser") has submitted the highest or otherwise best offer for the Skillman

Avenue Property in the amount of $940,000; after due deliberation; and good and sufficient

cause appearing therefor, it is hereby

### FOUND AND DETERMINED THAT:

(a)     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of this case in

this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

(b)     The statutory predicates for the relief sought in the Motion are sections

105 and 363 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy

Code"), and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").

(c)     This Court entered the Sale Procedures Order on August 6, 2012, and the

Sale Procedures Order has become a final and non-appealable order.

(d)     As evidenced by the certificates of service and publication filed with this

Court, (i) proper, timely, adequate and sufficient notice of the relief requested in the Sale

Motion, dated August 27, 2012, has been provided in accordance with the Bankruptcy Code and

Bankruptcy Rules, (ii) such notice was good and sufficient under the circumstances, and (iii) no

other or further notice of the Motion is or shall be required.

(e)     A reasonable opportunity to object or be heard with respect to the Sale

Motion and the relief requested therein, has been afforded to all interested parties and entities,

including: (i) all creditors of the Debtor; (ii) all parties in interest who have requested notice

pursuant to Rule 2002 in this Chapter 7 case; (iii) all persons who have made themselves known

to the Trustee as potential purchasers of the Skillman Avenue Property or whom MYC has

identified as potential purchasers of the Skillman Avenue Property; (iv) those real estate brokers

with whom MYC has consulted regarding the sale of the Property; (v) the Purchaser; (vi) all

affected federal, state and local regulatory and taxing authorities; (vii) the parties holding any

liens upon the Skillman Avenue Property; and (viii) the Office of the United States Trustee for

the Southern District of New York, 33 Whitehall Street, New York, New York 10004

(collectively, the "Service Parties").

(f)      Pursuant to sections 105(a), 363(b) and 704(a)(1) of the Bankruptcy Code,

the Trustee: (i) has full power and authority to execute the Sale Agreement with the Purchaser

(the "Sale Agreement") and all other documents contemplated thereby, (ii) has full power and

authority necessary to consummate the transactions contemplated by the Sale Agreement, and

(iii) is not required to receive consents or approvals to consummate a Sale, except as set forth in

further Orders of this Court.

(g)      Pursuant to Section 363(f), the Trustee may sell the Skillman Avenue

Property free and clear of all liens, claims and encumbrances, except for the permitted exceptions

as set forth in the Sale Agreement (the "Permitted Exceptions").

(h)      Good and sufficient reasons for approval of the Sale Agreement and the

Sale have been articulated.  The relief requested is in the best interest of the Debtor, the Debtor's

estate, the estates of creditors, and other parties in interest.

(i)      The Sale Agreement was proposed and entered into by the Trustee and the

Purchaser without collusion, in good faith, and resulted from arm's-length bargaining.  Neither

3

the Trustee nor the Purchaser have engaged in any conduct that would cause or permit the Sale

Agreement to be avoided under Section 363(n) of the Bankruptcy Code.

(j)     The Purchaser is a good faith Purchaser under Bankruptcy Code section

363(m) and, as such, is entitled to all of the protections afforded thereby.  The Purchaser will be

acting in good faith within the meaning of Bankruptcy Code section 363(m) in closing the Sale

and at all times after the entry of this Sale Order.

(k)     The consideration to be provided by the Purchaser for the Skillman

Avenue Property pursuant to the Sale Agreement: (i) shall be deemed fair and reasonable, (ii)

shall be the highest and/or best offer for the Skillman Avenue Property, (iii) will provide a

greater recovery for the Debtor's creditors and equity holders than would be provided by any

other practical available alternative, and (iv) shall constitute reasonably equivalent value and fair

consideration under the Bankruptcy Code and under the laws of the United States, any state,

territory, possession, or the District of Columbia.

(l)     The transfer of the Property to the Purchaser will be a legal, valid, and

effective transfer of the Skillman Avenue Property, and will vest the Purchaser with all of the

estate's right, title, and interest in the Skillman Avenue Property, free and clear of all liens,

claims, and encumbrances, except the Permitted Exceptions.

(m)     The Purchaser would not have entered into the Sale Agreement and would

not consummate the transactions contemplated thereby, thus adversely affecting the Debtor's

estate, and creditors, if the Sale was not free and clear of all interests of any kind or nature

whatsoever, except for the Permitted Exceptions.

(n)      The transfer of the Skillman Avenue Property to the Purchaser pursuant to the Sale Agreement will not subject the Purchaser to any liability whatsoever with respect to the Skillman Avenue Property (except those expressly assumed in the Sale Agreement), prior to the closing date set forth in the Sale Agreement, or by reason of such transfer under the laws of the United States, any state, territory, or possession thereof, or the District of Columbia, based, in whole or in part, directly or indirectly, on any theory of law or equity, including, without limitation, any theory of equitable law, including, without limitation, any theory of antitrust or successor or transferee liability.

## NOW, THEREFORE, THE COURT HEREBY ORDERS AS FOLLOWS:

1.      The Motion is GRANTED.

2.      The Sale Agreement with the Purchaser, and together with all of the terms and conditions thereof, is hereby approved.

3.      Pursuant to Sections 363(b) and (f) of the Bankruptcy Code, the Trustee is authorized to consummate the Sale with the Purchaser, pursuant to and in accordance with the terms and conditions of the Sale Agreement.

4.      Pursuant to sections 105(a) and 363(f) of the Bankruptcy Code, the Skillman Avenue Property shall be transferred to the Purchaser, and upon consummation of the transactions envisioned in the Sale Agreement (the "Closing Date"), shall be free and clear of all claims and interests, except the Permitted Exceptions, with all such claims and interests to attach to the net proceeds of the Sale in the order of their priority, and in the amounts as set forth in Exhibit "A" annexed hereto.

5.      Except as expressly permitted or otherwise specifically provided by the Sale Agreement or this Order, all persons and entities, holding interests of any kind or nature whatsoever against or in the Debtor or the Skillman Avenue Property (whether legal or equitable, secured or unsecured, matured or unmatured, contingent or non-contingent, senior or subordinated), arising under or in connection with, or in any way relating to, the Debtor and the Skillman Avenue Property prior to the Closing Date or the transfer of the Skillman Avenue Property to the Purchaser, shall be forever barred, estopped, and permanently enjoined from asserting against the Purchaser, its successors or assigns, its property or the Skillman Avenue Property, such interests.

6.      The transfer of the Skillman Avenue Property to the Purchaser pursuant to the Sale Agreement constitutes a legal, valid, and effective transfer of the Skillman Avenue Property, and shall vest the Purchaser with all right, title, and interest of the estate in and to the Skillman Avenue Property, free and clear of interests of any kind or nature whatsoever, except the Permitted Exceptions set forth in the Sale Agreement.

7.      The Purchaser shall have no liability or responsibility for any liability or other obligation of the Debtor arising under or related to the Skillman Avenue Property other than those assumed or agreed to pursuant to the Sale Agreement.

8.      Under no circumstances shall the Purchaser be deemed a successor of or to the Debtor for any interest against or in the Debtor or the Skillman Avenue Property of any kind or nature whatsoever, except as may be set forth in the Sale Agreement.

6

9.      The consideration provided by the Purchaser for the Skillman Avenue Property under the Sale Agreement is fair and reasonable and may not be avoided under Bankruptcy Code section 363(n).

10.     The Sale transaction contemplated by the Sale Agreement is undertaken by the Purchaser in good faith, as that term is used in section 363(m) of the Bankruptcy Code, and accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Sale shall not affect the validity of the Sale to the Purchaser.  The Purchaser is a good faith purchaser, and is entitled to all of the benefits and protections afforded by section 363(m) of the Bankruptcy Code.

11.     The failure specifically to include any particular provisions of the Sale Agreement in this Order shall not diminish or impair the effectiveness of such provision, it being the intent of the Court that the Sale Agreement be authorized and approved in its entirety.

12.     In the event of any inconsistency between this Sale Order and the Sale Agreement, this Sale Order shall govern.

13.     Notwithstanding Bankruptcy Rule 6004(h), this Sale Order shall not be stayed for fourteen (14) days after the entry hereof and shall be effective and enforceable immediately upon signature hereof.

7

14.     The Court shall retain jurisdiction to enforce the relief granted herein, including but not limited to the Sale of the Skillman Avenue Property to the Purchaser, and to implement the terms and provisions of (i) the Sale Agreement with the Purchaser, and (ii) this Sale Order.

Dated:  New York, New York
        September 10, 2012

                        _____/s/Martin Glenn_____
                        MARTIN GLENN
                        United States Bankruptcy Judge

**EXHIBIT A**
**LIEN AMOUNTS TO BE PAID FROM PROCEEDS OF SALE**

Nautilus Capital LLC                    $498,155.44

NewBank                                 $181,263.84

New York City Water                     $1,416.77